PAULINE PARNES, as Administratrix of the Estate of JOSEPH PARNES, Deceased, Respondent, v. ABRAHAM BLOCK, Appellant, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante*, p. 826.]

■

RAPHAEL S. SPANO, Appellant, v. ARTHUR S. MOORE et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante*, p. 838.]

■

STATE BANK OF PEARL RIVER, Respondent, v. HUDSON ENGINEERING AND TOOL CO., INC., Defendant, and MARIO R. LA BARBERA, as Statutory Receiver, Intervener, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. The stay contained in order to show cause is vacated. Present — Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ. [See *ante*, p. 805.]

■

HAROLD L. VALENTINE et al., Appellants, v. ANNE VALENTINE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante*, p. 795.]

■

MARION CALDWELL, an Infant, by CYRIL C. CALDWELL, Her Guardian ad Litem, et al., Respondents, v. VILLAGE OF ISLAND PARK, Appellant.— In an action to recover damages for injuries sustained by the infant plaintiff and by her father for loss of services, the jury rendered a verdict in favor of plaintiffs. Upon appeal the judgment entered on the verdict was reversed on the law and the complaint was dismissed (279 App. Div. 746). Upon appeal to the Court of Appeals that court reversed and remitted the case to this court for determination upon the questions of fact, if any, raised in this court (304 N. Y. 268). Judgment unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

■

ITHACA HOMES, INC., Appellant, v. IAN WOODNER et al., Individually and as Sole Common Stockholders of FENWOOD SEC. A CORP. and Other Corporations, Respondents.— Action for specific performance and for an injunction. Order denying plaintiff's motion for an order permitting it to serve an amended complaint affirmed, without costs. On the argument of the appeal respondents stipulated that on the trial plaintiff may prove under the present complaint all that is alleged in the proposed amended complaint. Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ., concur. [See *post*, p. 932.]